UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LANCE NISTLER,<br><br>               Plaintiff,<br>v.<br><br>THOM PETERSEN, in his official capacity as Commissioner of the Minnesota Department of Agriculture,<br><br>               Defendant. | Civil Action No.<br>0:24-cv-00186-ECT-LIB |

## JOINT STIPULATION OF DISMISSAL

In light of the Governor's approval of S.F. 4942, which rescinds the requirement that the Minnesota Department of Agriculture prioritize emerging farmers when awarding down payment assistance grants, the Parties stipulate to dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All parties shall bear their own costs and attorney's fees.

DATED: June 6, 2024.

                                                                         Respectfully submitted,

| /s/ Christina Brown | /s/ Andrew R. Quinio |
|---|---|
| Christina Brown | Andrew R. Quinio* |
| Assistant Attorney General | Cal. Bar No. 288101 |
| 445 Minnesota Street, Suite 1400 | Pacific Legal Foundation |
| St. Paul, Minnesota 55101-2131 | 555 Capitol Mall, Suite 1290 |
| (651) 757-1471 (Voice) | Sacramento, CA 95814 |
| (651) 297-4139 (Fax) | Tel.: (916) 419-7111 |
| christina.brown@ag.state.mn.us | Fax: (916) 419-7747 |
| | AQuinio@pacificlegal.org |
| Oliver J. Larson | |
| Assistant Attorney General | James V. F. Dickey |
| 445 Minnesota Street, Suite 1400 | Minn. Bar No. 393613 |
| St. Paul, Minnesota 55101-2131 | Upper Midwest Law Center |

| | |
|---|---|
| (651) 757-1265 (Voice) <br> (651) 297-1235 (Fax) <br> oliver.larson@ag.state.mn.us <br><br> *Counsel for Defendant* | 8421 Wayzata Boulevard, Suite 300 <br> Golden Valley, Minnesota 55426 <br> Tel.: (612) 428-7000 <br> james.dickey@umlc.org <br><br> Joshua P. Thompson* <br> Cal. Bar No. 250955 <br> Pacific Legal Foundation <br> 555 Capitol Mall, Suite 1290 <br> Sacramento, CA 95814 <br> JThompson@pacificlegal.org <br><br> *Counsel for Plaintiff* <br><br> **Pro Hac Vice* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2024, the foregoing document was filed via the Court's electronic filing system which provides notice of filing to the following:

Christina Brown
Assistant Attorney General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
christina.brown@ag.state.mn.us

Oliver J. Larson
Assistant Attorney General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
oliver.larson@ag.state.mn.us

*Counsel for Defendant*

/s/ Andrew R. Quinio
Andrew R. Quinio